NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 4 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ISMAEL JIMENEZ-MUNIZ,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

No.    15-71081

Agency No. A200-827-328

MEMORANDUM*

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 27, 2016**

Before:    TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

Ismael Jimenez-Muniz, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's removal order denying his request for a continuance. Our

jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the

---

*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

denial of a continuance and review de novo questions of law. *Ahmed v. Holder,* 569 F.3d 1009, 1012 (9th Cir. 2009). We deny in part and dismiss in part the petition for review.

The agency did not abuse its discretion or violate due process in denying Jimenez-Muniz's request for a continuance to await the outcome of the appeal of his conviction, where success on the appeal was speculative and Jimenez-Muniz conceded to the BIA his appeal had been denied. *See* 8 C.F.R. § 1003.29; *Ahmed,* 569 F.3d at 1012 (outlining factors to consider when reviewing the agency's denial of a continuance); *Padilla-Martinez v. Holder,* 770 F.3d 825, 830 (9th Cir. 2014) ("To prevail on a due-process claim, a petitioner must demonstrate both a violation of rights and prejudice.").

We lack jurisdiction to consider Jimenez-Muniz's contention that the agency erred in declining to administratively close his proceedings. *Diaz-Covarrubias v. Mukasey,* 551 F.3d 1114, 1120 (9th Cir. 2009).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

15-71081